IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM JOINER,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:14cv1235-MHT
                             )         (WO)
SHERIFF JOHN WILLIAMS,       )
                             )
    Defendant.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated in the Lowndes County Jail, filed this lawsuit asserting that the defendant denied him medication prescribed by a physician for serious health conditions and that he was denied access to a law library. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of May, 2015.

                                 /s/ Myron H. Thompson  
                                 **UNITED STATES DISTRICT JUDGE**